No. 25, Misc. MAYER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. Petitioner *pro se. John T. Gaffney* for respondent.

No. 26, Misc. KASTLE v. MARONEY, WARDEN. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Robert W. Duggan* for respondent.

No. 28, Misc. NIXON v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Marco Loffredo* and *Phillip A. Hubbart* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *James T. Carlisle,* Assistant Attorney General, for respondent.

No. 41, Misc. NOBLE v. SIGLER, WARDEN. C. A. 8th Cir. Certiorari denied. *Bert L. Overcash* for petitioner. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Richard H. Williams,* Assistant Attorney General, for respondent.

No. 42, Misc. PICKETT v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Frank S. Hogan* for respondent.

No. 43, Misc. ALICEA v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, for respondent.

No. 45, Misc. SIMON v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Frank S. Hogan* for respondent.

No. 54, Misc. COLE v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.